# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

---

Courtroom Deputy: Kathy Preuitt-Parks          Date: January 15, 2010
Court Reporter: Janet Coppock                  Time: 37 minutes
Probation Officer:  Michelle Means             Interpreter: n/a

---

**CASE NO.  09-CR-00460-PAB**

Parties                                        Counsel

**UNITED STATES OF AMERICA,**                  Tom O'Rourke

       Plaintiff,

vs.

**1.  PATRICIA MARTINEZ,**                     Castelar Garcia

       Defendant.

---

## SENTENCING

---

**10:03 a.m.   COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and on bond.

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
09-CR-00460-PAB
January 15, 2010

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

**Government's Motion for Downward Departure (Doc #9), filed 1/4/10.**

Court states its findings and conclusions.

**ORDERED:**   Government's Motion for Downward Departure (Doc #9), filed 1/4/10 is **GRANTED.**

Mr. Garcia addresses sentencing.

Mr. O'Rourke addresses sentencing.

Defendant addresses the Court.

Defendant entered her plea on **November 3, 2009** to counts **1 and 2 of the Information.**

**ORDERED:**   Defendant's plea of guilty is **ACCEPTED.**

**ORDERED:**   Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**   Defendant shall be **imprisoned** for **72** months, as to counts 1 and 2, to be served concurrently.

**ORDERED:**   Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years, as to counts 1 and 2, to be served concurrently.

**ORDERED:**   **Conditions** of Supervised Release that:
   (**X**)   Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
   (**X**)   Defendant shall not commit another federal, state or local crime.
   (**X**)   Defendant shall not illegally possess controlled substances.
   (**X**)   Defendant shall not possess a firearm or destructive device.
   (**X**)   Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.

Page Three
09-CR-00460-PAB
January 15, 2010

(**X**)   Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.

(**X**)   Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

(**X**)   Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future substance abuse by the defendant.

**ORDERED:   Special Condition** of Supervised Release that:

(**X**)   Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the periodic payment obligations imposed pursuant to the Court's judgment and sentence.

(**X**)   Defendant shall not enter any gambling establishments or engage in any gambling activities (including purchasing or playing scratch or lottery tickets) during the term of supervised release.

(**X**)   Defendant shall comply with the terms and conditions for payment of the special assessment, restitution or fine imposed by this judgment.

(**X**)   Defendant shall pay any **special assessment, restitution, fine** that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release.

**ORDERED:**   Defendant shall pay **$200.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:**   **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:**   Defendant shall make **restitution** as follows:

> **Bank of America**                                         **$ 1,275,956.94**
> **HUD Collections**
> **Re: Patricia Martinez/Case #09-CR-00460**
> **P.O. Box 277303**
> **Atlanta, Georgia 30384-7303**

**ORDERED:** Defendant shall make **restitution** as follows jointly and severally with the following defendants:

> **Presiliano Romero**        **09-CR-00464-WYD**        **$ 461,150.00**
> **Jeffrey Scott Guntle**       **09-CR-00486-CMA**        **a m o u n t   t o   b e**
> **determined**

Page Four
09-CR-00460-PAB
January 15, 2010

Any unpaid restitution balance upon release from incarceration shall be paid in monthly installment payments during the term of supervised release. The monthly installment payment will be calculated as at least 10 percent of the defendant's gross monthly wages or pension income.  Interest on unpaid restitution is WAIVED because the defendant does not have the ability to pay.

**ORDERED:**   Defendant may surrender voluntarily as follows: Report to the designated institution on or before **12:00 noon on February 22, 2010.**

**ORDERED:**   Defendant advised of right to appeal. Any notice of appeal must be filed within 10 days.

**ORDERED:**   A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED**: Bond is continued.

**10:40 a.m.    COURT IN RECESS**

**Total in court time:        37 minutes**

**Hearing concluded**