IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 09-cr-00460-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  PATRICIA ANN MARTINEZ,

      Defendant,

and

COLORADO PERA,

      Garnishee.
_____

**ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION**
_____

This matter is before the Court on the Recommendation of United States

Magistrate Judge Boyd N. Boland filed on September 15, 2010 [Docket No. 29].

Objections to the Recommendation must be filed within fourteen days after its service

on the parties. *See* 28 U.S.C. § 636(b)(1)(C). The Recommendation was served on

September 15, 2010. No party has objected to the Recommendation.

In the absence of an objection, the district court may review a magistrate judge's

recommendation under any standard it deems appropriate. *Summers v. Utah*, 927 F.2d

1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("[i]t

does not appear that Congress intended to require district court review of a magistrate's

factual or legal conclusions, under a *de novo* or any other standard, when neither party

objects to those findings"). In this matter, I have reviewed the Recommendation to satisfy myself that there is "no clear error on the face of the record."[1] *See* Fed. R. Civ. P. 72(b), Advisory Committee Notes. Based on this review, I have concluded that the Recommendation is a correct application of the facts and the law. Accordingly, it is

**ORDERED** as follows:

1. The Recommendation of United States Magistrate Judge [Docket No. 29] is accepted.

2. Defendant's claims for exemption from garnishment are denied.

3. The United States' application for Writ of Continuing Garnishment is granted.

4. The garnishee shall pay to the United States each month 100% of the defendant's retirement benefits, after deductions for taxes, until the monetary penalty for restitution is paid in full, the garnishee no longer has possession, custody, or control of any property belonging to the defendant, or until further Order of the Court.


DATED October 13, 2010.

BY THE COURT:


s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge

_____

[1]This standard of review is something less than a "clearly erroneous or contrary to law" standard of review, Fed. R. Civ. P. 72(a), which in turn is less than a de novo review. Fed. R. Civ. P. 72(b).