IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 09-cr-00460-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  PATRICIA ANN MARTINEZ,

    Defendant.

_____

**ORDER**
_____

    This matter comes before the Court on the letter [Docket No. 33] filed by defendant Patricia Ann Martinez, which the Court construes as a motion for release of funds from the writ of garnishment. The United States filed a response opposing the request [Docket No. 36].

    The Court finds that defendant Martinez's request for the release of funds to pay her outstanding tax liability is not a qualified exemption. Therefore, it is

    **ORDERED** that defendant's motion [Docket No. 33] is denied.

    DATED January 5, 2015.

                                    BY THE COURT:

                                    s/Philip A. Brimmer
                                    PHILIP A. BRIMMER
                                    United States District Judge